NO. 07-04-0275-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 7, 2004

_____

SADIE RAYNE WILLIAMS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 105,893; HONORABLE PAMELA COOK SIRMON, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

After appellant Sadie Rayne Williams filed a notice of appeal challenging her conviction, on June 2, 2004, the trial court signed an order granting her motion for new trial. Pending before this Court is appellant's motion to dismiss her appeal which is accompanied by a certified copy of the trial court's order. We grant the motion.

The granting of a motion for new trial in a criminal case is governed by Rule 21.9 of the Texas Rules of Appellate Procedure. The legal effect of granting the motion restores the case to its position before the former trial. *See* State v. Bates, 889 S.W.2d 306, 310 (Tex.Cr.App. 1994); *see also* Waller v. State 931 S.W.2d 640, 643 (Tex.App.–Dallas 1996, no pet.).

Accordingly, the appeal is dismissed and the Clerk of this Court is directed to issue mandate.

Don H. Reavis
Justice

Do not publish.